Benjamin S. Mesirow, appellant, v. Siebel Institute of Technology, Inc., et al., appellees. Gen. No. 37,686.

Opinion filed June 26, 1935. Rehearing denied July 10, 1935.

Harry E. Kopald, for appellant. Samuel T. Lawton, for appellees.
Mr. Justice Hall delivered the opinion of the court.